OSCAR LEWIS V. THE STATE.

No. 9770.   Delivered October 14, 1925.

Assault to 'Murder—No Statement of Facts—Nor Bills of Exception.

This record contains neither statement of facts nor bills of exception, and no error appearing the same is affirmed.

Appeal from the District court of Victoria County.   Tried below before the Hon. John M. Green, Judge.

Appeal from a conviction for an assault to murder; penalty, two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for assault with intent to murder, punishment being assessed at confinement in the penitentiary for two years.

No bills of exception to any proceeding upon the trial appear in the transcript and no statement of the facts proven are upon file in this court.   The indictment and other proceedings appear to be regular, presenting no question calling for review at our hands.

The judgment is affirmed.

*Affirmed.*